QUADE & ASSOCIATES, a PLC
MICHAEL W. QUADE, ESQ.        [S.B. # 171930]
AMY E. ALLEMANN, ESQ.         [S.B. # 206533]
ADAM C. FLURY, ESQ.           [S.B. # 235315]
11230 Sorrento Valley Road, Suite 225
San Diego, California 92121
TEL: (858) 642-1700
FAX: (858) 642-1778

FILED
06 SEP 12 PM 1:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Attorneys for Plaintiffs ANDRE POLANSKI and MARGARET POLANSKI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE POLANSKI, MARGARET POLANSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>K.L.M. ROYAL DUTCH AIRLINES, NORTHWEST AIRLINES, INC. and DOES 1 to 100,<br><br>Defendants. | Case No. 04 CV 2521    BEN (AJB)<br><br>STIPULATION AND ORDER TO DISMISS MARGARET POLANSKI IN EXCHANGE FOR A WAIVER OF COSTS |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, MARGARET POLANSKI and Defendant KLM ROYAL DUTCH AIRLINES (hereinafter "KLM"), that MARGARET POLANSKI be dismissed with prejudice from this matter in exchange for a waiver of costs from KLM.

IT IS HEREBY STIPULATED AND AGREED.

///
///
///
///
///

Received at: 5:32PM, 9/7/2006

SEP. 7. 2006 10:37AM   CONDON & FORSYTH LA 310-557-1299   QUADE & ASSOCIATES, PLC Fax:858-642-1778   Sep 7 2006 05:27pm P003/004
Sep NO. 4462 12pIP. 3/3/004

| | |
|---|---|
| 1  DATED: September 6, 2006 | QUADE & ASSOCIATES, a PLC |
| 2 | |
| 3 | By: _____ |
| | Michael W. Quade, Esq. |
| 4 | Amy E. Allemann, Esq. |
| | Adam C. Flury, Esq. |
| 5 | Attorneys for Plaintiff |
| | ANDRE POLANSKI |
| 6  DATED: September 7, 2006 | CONDON & FORSYTH LLP |
| 7 | |
| | By: _____ |
| 8 | Frank Silane, Esq. |
| | Jennifer Johnston, Esq. |
| 9 | Richard Lazenby, Esq. |
| | Attorneys for Defendant |
| 10 | KLM ROYAL DUTCH AIRLINES |

STIPULATION TO DISMISS MARGARET POLANSKI
IN EXCHANGE FOR A WAIVER OF COSTS
04 CV 2521

2

QUADE & ASSOCIATES,PLC Fax:858-642-1778          Sep  7 2006 05:27pm  P004/004

## ORDER

1

2  Good cause having been shown,

3

4  IT IS SO ORDERED that MARGARET POLANSKI be dismissed from this matter in exchange for a waiver of costs from KLM.

5

6

7  Date: _____                    _____
                                                 Honorable Anthony J. Battaglia

8  Date: 9/11/06                                 _____
9                                                Honorable Roger T. Benitez

STIPULATION TO DISMISS MARGARET POLANSKI
IN EXCHANGE FOR A WAIVER OF COSTS
04 CV 2521

3