cal_____

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE POLANSKI,<br><br>                          Plaintiff,<br><br>v.<br><br>K.L.M ROYAL DUTCH AIRLINES,<br>NORTHWEST AIRLINES, INC. and DOES<br>1 to 100,<br><br>                          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.04cv2521 BEN (AJB)<br><br>ORDER FOLLOWING MANDATORY<br>SETTLEMENT CONFERENCE |

        On November 30, 2006, the Court convened a Mandatory Settlement Conference in the above

entitled action.  Appearing were Michael Quade, Esq., Adam Flury, Esq., Andre Polanski and J.W.

Graham on behalf of plaintiff; Frank Silane, Esq. and Roger Bowes, client representative on behalf of

defendant.

        The case settled in its entirety.  The settlement is binding and judicially enforceable.  The Court

sets a telephonic Settlement Disposition Conference for *January 31, 2007 at 9:00 a.m.*  Plaintiff's

counsel will initiate the conference call.

IT IS SO ORDERED.

DATED:  December 4, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1

04cv2521

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

04cv2521