QUADE & ASSOCIATES, a PLC
MICHAEL W. QUADE, ESQ.        [S.B. # 171930]
ADAM C. FLURY, ESQ.           [S.B. # 235315]
11230 Sorrento Valley Road, Suite 225
San Diego, California 92121
TEL: (858) 642-1700
FAX: (858) 642-1778

FILED
2007 MAR -5 PM 12: 04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Attorneys for Plaintiffs ANDRE POLANSKI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ANDRE POLANSKI, MARGARET POLANSKI,

    Plaintiffs,

vs.

K.L.M. ROYAL DUTCH AIRLINES, NORTHWEST AIRLINES, INC. and DOES 1 to 100,

    Defendants.

Case No. 04 CV 2521   BEN (AJB)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Good cause having been shown,

IT IS SO ORDERED that this matter be dismissed with prejudice as to all Defendants pursuant to the parties confidential settlement agreement.

Date: 3/2/07

_____
The Honorable Roger T. Benitez

ORDER FOR DISMISSAL WITH PREJUDICE
04 CV 2521